## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Civil Action No.:  12-cv-00200-RBJ-MEH**

**BRIANNA STEWART**

      **Plaintiff,**

**v.**

**LTD FINANCIAL SERVICES, L.P., a Colorado Limited Partnership**

      **Defendant**

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

**COMES NOW** the Plaintiff, by and through her undersigned attorney, notifying this Honorable Court that the parties have settled all issues of this case.  Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(i) the Plaintiff dismisses this case with prejudice.  The parties each shall pay their own attorney fees and costs.

February 20, 2012

Respectfully submitted,

 s/Troy D. Krenning
**Troy D. Krenning, Esq.**
Gookin, Krenning and Associates, LLC
770 N Lincoln Avenue
Loveland, Colorado 80537
(970) 292-8290
(888) 465-8045
**Attorney for Plaintiff**